ACCEPTED
01-14-00621-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/13/2015 2:21:42 PM
CHRISTOPHER PRINE
CLERK

**Belinda Hill**
**First Assistant**



**Criminal Justice Center**
**1201 Franklin, Suite 600**
**Houston, Texas 77002-1901**

# HARRIS COUNTY DISTRICT ATTORNEY
DEVON ANDERSON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/13/2015 2:21:42 PM
CHRISTOPHER A. PRINE
Clerk

May 13, 2015

Criminal Appellate Bureau
Harris County District Clerk's Office
1201 Franklin Street, 3rd Floor
Houston, Texas 77002

RE: *Travis Brandon Ayers v. State of Texas*,
   **Trial Court Cause No. 1394860**
   **First Court of Appeals Cause No. 01-14-00621-CR**

Harris County Criminal Appellate Bureau District Clerk:

Pursuant to Texas Rule of Appellate Procedure 34.5(c)(1), the State requests that the Harris County District Clerk prepare, certify, and file in the appellate court a supplemental volume to the Clerk's Record for Ayers's appeal from trial court cause number 1394860 containing twelve (12) pages of documents filed in Ayers's criminal case, namely: the trial court's order granting the defense's Motion for Evaluation of the Defendant for Competency by an Independent Expert, which was signed and dated by the trial court on January 17, 2014; the Attorney Fees Expense Claim form and Out of Court Hours Logs prepared by defense attorney Jamie Sulla; and the defense's Motion for Payment of Additional Funds to Court Appointed Attorney. A copy of twelve (12) pages of documents referenced herein and sought to be included as a supplemental volume to the Clerk's Record for this case is attached hereto for reference.

Thank you for your assistance in this matter.

Sincerely,

/s/ Melissa Hervey

MELISSA P. HERVEY
Assistant District Attorney
Harris County, Texas
1201 Franklin Street, Suite 600
Houston, Texas 77002
Tel. (713) 755-5826

Fax (713) 755-5809
State Bar No. 24053741
Hervey_Melissa@dao.hctx.net


cc:     Joe David Wells                     Christopher Prine
        Attorney for Appellant              Clerk, First Court of Appeals
        P.O. Box 2064                       301 Fannin Street
        Houston, Texas  77252               Houston, Texas  77002
        joedavidwells@gmail.com

Filed 14 January 08 P5:36
Chris Daniel - District Clerk
Harris County
FAX15696370

NO. 1394860

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 230TH JUDICIAL DISTRICT |
| | § | |
| TRAVIS AYERS | § | HARRIS COUNTY, TEXAS |

## ORDER

On **Jan 17**, 2014, came on to be heard TRAVIS AYERS Motion For Evaluation of the Defendant For Competency By An Independent Expert to assist in the preparation of the defense.

This Court, after reading the pleadings and hearing the argument of counsel, is of the opinion that said motion should be granted:

It is therefore **ORDERED, ADJUDGED and DECREED** that DR. CORWIN BOAKE Ph. D. is hereby appointed to evaluate the DEFENDANT FOR COMPETENCY as an expert witness for TRAVIS AYERS.

It is further **ORDERED** that DR. CORWIN BOAKE Ph. D., after the conclusion of expert investigation and trial preparation be paid up to the sum of, and not to exceed, $1500.00.

SIGNED on _1-17-14_ .

JUDGE PRESIDING

County Auditor's Form 40-1B
Harris County, TX (REV. 1/13)

**ATTORNEY FEES EXPENSE CLAIM**
**DISTRICT COURTS-COURT APPEARANCE**
UNDER ARTICLE 26.05, CODE OF CRIMINAL PROCEDURE
AS AMENDED

INSTRUCTIONS

Show only one defendant per claim.

Before payment can be authorized, each item must be completed legibly in ink.

Forward completed claim to the presiding judge for approval.

0916/13
P. 11

| Court No. | Defendant Name | | Case Number(s) | Charge(s) |
|---|---|---|---|---|
| 230 | Travis Ayers | | 1394860 | Intox Man. |

| INDIVIDUAL CASE APPOINTMENT | | | Number of Court Days/Hours | RATE | TOTAL (presumptive max.) | AMOUNT (Judge Completes) |
|---|---|---|---|---|---|---|
| **NON-TRIAL** | | First Degree | | $225/day | *$1125 | |
| | | Second Degree | 4 Days | $175/day | *$875 | 700.00 |
| | | Third Degree, SJF, MRP/MAJ | | $125/day | *$625 | |
| **TRIAL** | | First Degree | | $500/day | | |
| | | Second Degree | | $400/day | | |
| | | Third Degree, SJF, MRP/MAJ | | $300/day | | |
| **PRE-TRIAL HEARING WITH TESTIMONY & PSI HEARING** | | | 1 Day | $350/day | | 350.00 |
| **OUT OF COURT HOURS (Must detail on Out-Of-Court Hours Log.)** | | First Degree | | $85/hour | $1,700 | |
| | | Second Degree *see attached motion* | 68 hrs | $60/hour | $600 | 4080.00 |
| | | Third Degree, SJF, MRP/MAJ | | $40/hour | $400 | |
| **INVESTIGATION** | Bills submitted by investigators and experts must document the dates and hours spent on the case and must be sworn to or affirmed to as accurate. Expert expenses paid per county policy. | | | | $600/case | |
| **EXPERT** | | | | | $650/case | |
| **MENTAL HEALTH SUPPLEMENT (Must detail on Out-Of-Court Hours Log.)** | | | | | $50/hour | $250 |
| **BILINGUAL SUPPLEMENT** | | | | | $50/day | $250 |
| **AFTER HOURS SUPP.** (Trial/Hearing after 6:00 pm) | | | | | $50/hour | |
| **OTHER** | | | | | | |
| | | | | | **TOTAL** $ | 5130.00 |

*The presumptive maximum number of non-trial settings beyond a term assignment is four.*

**List date(s) of all Court Appearances. Attach any Out-of-Court Hours Log.**

9.13.13; 11.15.13; 3.7.14; 5.27.14

RECORDER'S MEMORANDUM This instrument is of poor quality at the time of imaging

**PERSONAL INFORMATION**

| Social Security Number (last 4 digits only) | Telephone Number | Bar Card Number |
|---|---|---|
| XXX - XX - 2470 | (713) 884-9146 | 24013205 |

Mailing Address (Number, Street, Suite, City, State, Zip Code)
6046 Fm 2920 Road #649 Spring Tx 77379

**CERTIFICATION**

I, Jamie Sulla, swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Tex. Code Crim. P. art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.
I ( did / did not receive this appointment originally as a limited term assignment. JMS
(Circle One)

(Attorney Initials)

___Sulla___
Attorney at Law (Signature)

___Jamie Sulla___
Attorney Name (print legibly)

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE 18 DAY OF July A.D. 20 14

___Brand A. Johnson___
District Clerk Deputy (Signature)

The above fees, including any fees which exceed the presumptive maximum fees set forth herein were reviewed by this court and determined to be both reasonable and necessary and are hereby approved for payment.

**Approved** _____

RECORDER'S MEMORANDUM This instrument is of poor quality at the time of imaging

**Judge Presiding**

COURT

# OUT OF COURT HOURS LOG

County Auditor's Form 40-1L
Harris County, Texas (09/07)

| Court Number | Case Number | Defendant's Name |
|---|---|---|
| 230 | 1394860 | Travis Ayers |

## JAIL VISIT(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END | WAIT TIME |
|---|---|---|---|
| 8·20·13 | 12:00 | 1:00 | 5min |
| 9·3·13 | 12:30 | 1:00 | 5min |
| | | | |
| | | | |

## WITNESS INTERVIEW(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END |
|---|---|---|
| 8·21·13 | 4:15 | 5:00 |
| | | |
| | | |

## ~~RECORDS RESEARCH~~

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| 8·12·13 | 7:00 | 7:15 | Create case file |
| 8·12·13 | 7:15 | 7:45 | Motion for investigator |
| 8·13·13 | 3:00 | 3:15 | Contact investigator |
| 8·14·13 | 4:00 | 4:15 | Update investig |

## ~~LEGAL RESEARCH~~

| DATE | BEGIN TIME | END TIME | GENERAL TOPIC |
|---|---|---|---|
| 8·30·13 | 1:30 | 2:30 | Contact clients Dr. |
| 9·12·13 | 4:00 | 4:30 | Review records |
| 9·13·13 | 7:15 | 7:30 | Case file review |
| 9·13·13 | 9:00 | 9:30 | Review affidavits |

## ~~OTHER~~

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| 9·13·13 | 6:00 | 7:00 | Call client |
| 9·22·13 | 1:30 | 2:30 | Contact rehab |
| 9·22·13 | 3:00 | 3:30 | Call client |
| 9·23·13 | 12:00 | 12:30 | Call client |

## PERSONAL INFORMATION

| Social Security Number (last 4 digits only) | Telephone Number | Bar Card Number |
|---|---|---|
| XXX - XX - 2470 | 713 884-9146 | 24013205 |

Mailing Address (Number, Street, Suite, City, State, Zip Code)

20046 Fm 2920 Rd #649 Spring Tx 77379

## CERTIFICATION

I, Jamie Sulla, swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Texas Code of Criminal Procedure Art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE 18 DAY OF July A.D. 20 14

Approved

_____  
Judge, Presiding

_____  
Attorney at Law (Signature)

_____  
District Clerk Deputy (Signature)

Jamie Sulla  
Attorney Name (print legibly)

COURT

# OUT OF COURT HOURS LOG

| Court Number | Case Number | Defendant's Name |
|---|---|---|
| 230 | 1394860 | Travis Ayers |

## JAIL VISIT(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END | WAIT TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## WITNESS INTERVIEW(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## RECORDS RESEARCH

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| 9.23.13 | 2:00 | 3:00 | Call rehab |
| 9.26.13 | 3:15 | 4:15 | Call family & rehab |
| 10.4.13 | 2:45 | 3:15 | Call rehab |
| 10.7.13 | 7:00 | 7:30 | Review records |

## LEGAL RESEARCH

| DATE | BEGIN TIME | END TIME | GENERAL TOPIC |
|---|---|---|---|
| 10.8.13 | 12:45 | 1:15 | contact rehab |
| 10.8.13 | 2:00 | 3:00 | Call client |
| 11.12.13 | 1:00 | 1:15 | Contact ADA |
| 11.15.13 | 8:00 | 8:15 | case file review |

## OTHER

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| 11.17.13 | 5:30 | 7:00 | Call client |
| 11.30.13 | 4:00 | 4:30 | Call client |
| 12.11.13 | 3:00 | 3:15 | update invest |
| 12.13.13 | 8:30 | 8:45 | case file review |

## PERSONAL INFORMATION

| Social Security Number (last 4 digits only) | Telephone Number | Bar Card Number |
|---|---|---|
| XXX - XX - 2470 | (713) 884-9146 | 24013205 |

Mailing Address (Number, Street, Suite, City, State, Zip Code)

60046 FM 2920 Rd #649 Spring Tx 77379

## CERTIFICATION

I, Jamie Sulla, swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Texas Code of Criminal Procedure Art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE 18 DAY OF July A.D. 20 14

Approved

_____
Judge, Presiding

_____
District Clerk Deputy (Signature)

_____
Attorney at Law (Signature)

Jamie Sulla
_____
Attorney Name (print legibly)

COURT

# OUT OF COURT HOURS LOG

| Court Number | Case Number | Defendant's Name |
|---|---|---|
| 230 | 1394860 | Travis Ayers |

## JAIL VISIT(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END | WAIT TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## WITNESS INTERVIEW(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## RECORDS RESEARCH

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| 12.20.13 | 2:00 | 3:00 | Call client |
| 12.31.13 | 1:30 | 2:30 | Call Dr |
| 1.8.14 | 3:00 | 4:00 | Motion for eval |
| 1.12.14 | 2:00 | 3:00 | Call Dr |

1.0
1.0
1.0
1.0
(4.0)

## LEGAL RESEARCH

| DATE | BEGIN TIME | END TIME | GENERAL TOPIC |
|---|---|---|---|
| 1.17.14 | 9:00 | 9:15 | Case file review |
| 1.31.14 | 1:30 | 2:00 | Contact expert |
| 2.5.14 | 2:00 | 3:00 | Contact expert |
| 2.6.14 | 2:30 | 3:00 | ~~Contact~~ Call client |

.15
.30
1.0
.30
(2.15)

## OTHER

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| 2.6.14 | 1:00 | 1:15 | Contact expert |
| 2.11.14 | 2:00 | 2:15 | Contact expert |
| 2.17.14 | 3:00 | 3:15 | Contact expert |
| 2.24.14 | 1:00 | 1:15 | Contact expert |

.15
.15
.15
.15
(1.0)

## PERSONAL INFORMATION

| Social Security Number (last 4 digits only) | Telephone Number | Bar Card Number |
|---|---|---|
| XXX - XX - 2470 | (713) 884-9146 | 24013205 |

Mailing Address (Number, Street, Suite, City, State, Zip Code)

60046 Fm 2920 Rd #649 Spring Tx 77379

## CERTIFICATION

I, _Jamie Sulla_ , swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Texas Code of Criminal Procedure Art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE 18 DAY OF July A.D. 20 14

Approved

| | |
|---|---|
| _Bara A. Johnson_ | _Jamie Sulla_ |
| District Clerk Deputy (Signature) | Attorney at Law (Signature) |
| Judge, Presiding | Jamie Sulla |
| | Attorney Name (print legibly) |

# OUT OF COURT HOURS LOG

| Court Number | Case Number | Defendant's Name |
|---|---|---|
| 230 | 1394860 | Travis Ayers |

## JAIL VISIT(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END | WAIT TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## WITNESS INTERVIEW(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## RECORDS RESEARCH

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| 2.25.14 | 2:45 | 3:00 | Contact expert |
| 2.26.14 | 4:00 | 4:15 | Contact expert |
| 2.26.14 | 4:15 | 4:30 | Call client |
| 2.28.14 | 1:00 | 1:15 | Contact expert |

## LEGAL RESEARCH

| DATE | BEGIN TIME | END TIME | GENERAL TOPIC |
|---|---|---|---|
| 3.6.14 | 3:00 | 4:00 | Contact expert review report |
| 3.7.14 | 7:00 | 7:15 | update investigator |
| 3.7.14 | 7:15 | 7:30 | Case file review |
| 3.12.14 | 3:00 | 3:30 | Call client |

## OTHER

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| 4.9.14 | 1:00 | 1:45 | Contact ADA |
| 4.14.14 | 2:00 | 2:15 | Contact ADA |
| 4.15.14 | 4:00 | 5:00 | Review states motions |
| 4.16.14 | 9:50 | 11:30 | Review states file |

## PERSONAL INFORMATION

| Social Security Number (last 4 digits only) | Telephone Number | Bar Card Number |
|---|---|---|
| XXX - XX - 2470 | (713) 884-9146 | 24013225 |

Mailing Address (Number, Street, Suite, City, State, Zip Code)

60046 FM 2920 RD #649, Spring Tx 77379

## CERTIFICATION

I, _____Jamie Sulla_____, swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Texas Code of Criminal Procedure Art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE 18 DAY OF July A.D. 20 14

Approved _____

_____
Judge, Presiding

_____
District Clerk Deputy (Signature)

_____ Attorney at Law (Signature)

Jamie Sulla
Attorney Name (print legibly)

COURT

# OUT OF COURT HOURS LOG

County Auditor's Form 40-1L
Harris County, Texas (09/07)

| Court Number | Case Number | Defendant's Name |
|---|---|---|
| 230 | 1394860 | Travis Ayers |

## JAIL VISIT(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END | WAIT TIME |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## WITNESS INTERVIEW(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## RECORDS RESEARCH

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| 4.24.14 | 2:00 | 2:15 | Contact ADA |
| 4.24.14 | 3:00 | 4:00 | Call client |
| 5.14.14 | 2:00 | 2:10 | update investig. |
| 5.18.14 | 3:00 | 3:10 | update investig |

## LEGAL RESEARCH

| DATE | BEGIN TIME | END TIME | GENERAL TOPIC |
|---|---|---|---|
| 5.19.14 | 12:00 | 2:00 | Review med records |
| 5.20.14 | 1:00 | 1:15 | Contact ADA |
| 5.20.14 | 1:15 | 2:00 | Motion to Suppress |
| 5.20.14 | 2:00 | 2:30 | Review DA records |

## OTHER

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| 5.21.14 | 11:30 | 12:00 | Contact ADA |
| 5.20.14 | 2:00 | 3:00 | Call client |
| 5.23.14 | 8:00am | 8:00pm | Trial work up |
| 5.26.14 | 5:00 | 6:00 | Call client |

## PERSONAL INFORMATION

| Social Security Number (last 4 digits only) | Telephone Number | Bar Card Number |
|---|---|---|
| XXX - XX - 2470 | 713 884-9146 | 24013205 |

Mailing Address (Number, Street, Suite, City, State, Zip Code)
20046 FM 2920 Rd #649 Spring TX 77379

## CERTIFICATION

I, Jamie Sulla, swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Texas Code of Criminal Procedure Art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE 18 DAY OF July A.D. 20 14

Approved

_____
Judge, Presiding

_____
Attorney at Law (Signature)

_____
District Clerk Deputy (Signature)

_____
Jamie Sulla
Attorney Name (print legibly)

COURT

# OUT OF COURT HOURS LOG

County Auditor's Form 40-1L
Harris County, Texas (09/07)

| Court Number | Case Number | Defendant's Name |
|---|---|---|
| 230 | 1394860 | Maris Ayers |

## JAIL VISIT(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END | WAIT TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## WITNESS INTERVIEW(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## RECORDS RESEARCH

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| 5.26.14 | 2:00 | 2:30 | Contact expert |
| 5.27.14 | 7:00 | 7:15 | Contact expert |
| 6.3.14 | 3:00 | 3:30 | Contact Dr. |
| 6.3.14 | 4:00 | 4:30 | Contact Client |

## LEGAL RESEARCH

| DATE | BEGIN TIME | END TIME | GENERAL TOPIC |
|---|---|---|---|
| 6.4.14 | 1:30 | 2:00 | Contact Client |
| 6.17.14 | 6:30 | 7:00 | Call Client |
| 6.19.14 | 9:00 | 12:00 | LSIR appt w/Client |
| 6.28.14 | 4:00 | 4:30 | Call Client |

## OTHER

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| 7.1.14 | 8:15 | 9:00 | Call Dr. |
| 7.3.14 | 2:00 | 3:00 | Call Dr |
| 7.7.14 | 12:15 | 1:00 | Call Client |
| 7.8.14 | 3:00 | 5:00 | PSI interview |

## PERSONAL INFORMATION

| Social Security Number (last 4 digits only) | Telephone Number | Bar Card Number |
|---|---|---|
| XXX - XX - 2470 | (713) 884-9146 | 24013205 |

Mailing Address (Number, Street, Suite, City, State, Zip Code)

6046 Fm2920 Rd #649 Spring TX 77379

## CERTIFICATION

I, _Jamie Sulla_, swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Texas Code of Criminal Procedure Art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE 18 DAY OF July A.D. 20 14

Approved _____

_____
Judge, Presiding

_____
District Clerk Deputy (Signature)

_____
Attorney at Law (Signature)

Jamie Sulla
Attorney Name (print legibly)

COURT

# OUT OF COURT HOURS LOG

County Auditor's Form '40-1L
Harris County, Texas (09/07)

| Court Number | Case Number | Defendant's Name |
|---|---|---|
| 230 | 1394860 | Traris Ayers |

## JAIL VISIT(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END | WAIT TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## WITNESS INTERVIEW(S)

| DATE | INTERVIEW TIME - BEGIN | INTERVIEW TIME - END |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## RECORDS RESEARCH

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| 7.8.14 | 7:00 | 8:00 | Call client |
| 7.9.14 | 7:30 | 8:00 | Call client |
| 7.15.14 | 8:00 | 9:00 | Call client |
| 7.14.14 | 2:00 | 3:00 | Contact expert Review |

## LEGAL RESEARCH

| DATE | BEGIN TIME | END TIME | GENERAL TOPIC |
|---|---|---|---|
| 7.15.14 | 3:00 | 6:00 | PST hearing prep |
| 7.16.14 | 12:00 | 12:30 | Call family |
| 7.16.14 | 1:00 | 1:30 | Contact ADA |

## OTHER

| DATE | BEGIN TIME | END TIME | DESCRIPTION OF ACTIVITY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## PERSONAL INFORMATION

| Social Security Number (last 4 digits only) | Telephone Number | Bar Card Number |
|---|---|---|
| XXX - XX - 2470 | (713) 884-9146 | 24013205 |

Mailing Address (Number, Street, Suite, City, State, Zip Code)

60046 Fm2920 Rd #649 Spring TX 77379

## CERTIFICATION

I, __Jamie Sulla__, swear or affirm that the Harris County Auditor may rely upon the information contained above to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Texas Code of Criminal Procedure Art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE 18 DAY OF July A.D. 20 14

Approved

_____
Judge, Presiding

_____
District Clerk Deputy (Signature)

_____
Attorney at Law (Signature)

Jamie Sulla
Attorney Name (print legibly)

COURT

FILED
Chris Daniel
District Clerk
Time: _____ JUL 18 2014
By _____ Harris County, Texas
Deputy

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 230TH DISTRICT COURT |
| | § | |
| TRAVIS AYERS | § | HARRIS COUNTY, TEXAS |

## MOTION FOR PAYMENT OF ADDITIONAL
## FUNDS TO COURT APPOINTED ATTORNEY

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes JAMIE M. SULLA, Court Appointed Counsel for Defendant TRAVIS AY-ERS, and files this motion requesting additional funds for COURT APPOINTED COUNSEL, and in support would show:

1.     Defendant was been charged by indictment with INTOXICATION MAN-SLAUGHTER AS WELL AS AGGRAVATED ASSAULT.

2.     The Court found Defendant to be indigent and without funds to hire counsel and had appointed JAMIE SULLA for representation in this cause.

3.     Due to the nature of the charges as well as the medical condition of my client, this case was very complicated.  It involved several medical issues and other complex issues that cause the necessity to greatly exceed the out of court hours limit.  It also required more settings than the four allowed when appointed on a term basis.  Due to these issues, there were additional settings beyond the four settings allowed on cases appointed on a term setting that counsel is asking to be paid for as well as a total of 68 hours in out of court hours spent to properly prepare and defend these cases.

Certified Document Number: 61734285 - Page 9 of 11

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that the Court authorize the additional payment of county funds for appointed counsel to include 5 court settings on ~~each~~ cause number, ~~1396305~~ 1396305 as well as 68 hours of out of court time spent on Cause No. 1394860.

Respectfully submitted,

Jamie Sulla Attorney At Law
6046 FM 2920 Road #649
Spring, Texas 77379
Tel: (832)797-9022

Certified Document Number: 61734285 - Page 10 of 11

NO. 1394860 & 1396305

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| vs. | § | 230th JUDICIAL DISTRICT |
| | § | |
| TRAVIS WINDHAM | § | HARRIS COUNTY, TEXAS |

**ORDER**

On _____ 7.10.2014 _____, the Court heard the Motion of JAMIE M. SULLA for

Payment of Additional Funds To Court Appointed Counsel is therefore:

(GRANTED)     OR     (DENIED)

The Court finds that if the motion is GRANTED, the Court then ORDERS that JAMIE

M. SULLA in these cases be paid in Cause No. 1494860 for ~~for court appearances totaling~~

~~for court appearances and 66 hours of~~ 68 hours of out of court hours totaling $4080.00; in

Cause No. 1396305 for 5 court appearances totaling $875.00, for the complete preparation and

time spent in these cases by the Harris County Auditor. ~~xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx~~

~~xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx~~.

Signed on _____ 7.18.14 _____.

_____
JUDGE PRESIDING

Certified Document Number: 61734285 - Page 11 of 11